UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 MJ 2098 JSD |
| | ) | |
| TERRANCE W. LONG, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorneys for said District, and moves the Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1.    The Defendant is charged by complaint with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum 15 years imprisonment is prescribed under Title 18.

2.    According to the St. Louis Metropolitan Police Department, on March 26, 2026, the St. Louis Metropolitan Police Department executed a search warrant at the Defendant's residence related to an ongoing homicide investigation. Regarding that investigation, the Defendant's brother is charged with the murder of Lindsey Heifner. While investigating Ms. Heifner's murder, detectives reviewed the calls the Defendant's brother made while incarcerated at the St. Louis City Justice Center. In those calls, the Defendant spoke to his brother and another

individual. During the calls, it was clear that the Defendant assisted in hiding and/or disposing of the firearm his brother had used in the murder of Ms. Heifner after retrieving it from a truck. When executing the search warrant, detectives located four firearms in the Defendant's residence, including two shotguns and two 9mm pistols. Detectives also located ammunition.

3.    The Defendant's criminal history reflects that he has multiple felony convictions including, but not limited to, the following:

- 22921-03482B, *State of Missouri v. Terrance Long*
  Guilty Plea/Sentence Date:    January 4, 1993
            Count One:    Possession of a Controlled Substance
            Sentence:    75 days

- 22951-02397, *State of Missouri v. Terrance Long*
  Guilty Verdict/Sentence Date: July 17, 1996/October 23, 1997
            Count One:    Trafficking Second Degree
            Sentence:    7 years

- 22021-03229, *State of Missouri v. Terrance Long*
  Guilty Plea/Sentence Date:    February 27, 2004
            Count One:    Leaving the Scene of an Accident
            Sentence:    8ySES, 5 years probation

- 4:04-CR-581 JCH, *United States v. Terrance Long*
  Guilty Plea/Sentence Date:    March 3, 2005/May 27, 2005
            Count One:    Conspiracy to Distribute and Possess Controlled Substances
            Count Two:    Possession with Intent to Distribute Cocaine Base
            Sentence:    108 months, 4 years supervised release

4.    There is a serious risk that the Defendant will flee, given the potential sentence the Defendant faces in this case.

5.    Moreover, the Defendant's criminal history and the nature and circumstances of the offense charged, particularly his willingness to tamper with evidence in a homicide, reflect that there is a serious danger to the community that would be posed by the defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure the Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order the Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Jennifer L. Szczucinski*
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorney